UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZEBONE BROWN, on behalf of herself and all others
similarly situated,

                          Plaintiffs,

            -against-

LULL VENTURES, LLC,

                          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/4/2024____
```

24 Civ. 5815 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On August 8, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by October 3, 2024. ECF No. 7. Those submissions are now overdue. In addition, Defendant has not appeared in this action.

Accordingly, by **November 4, 2024**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: October 4, 2024
       New York, New York

_____
        ANALISA TORRES
     United States District Judge